IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-0093 |
| Plaintiff, | ) ) | **STATUS REPORT ON UNSUPERVISED** |
| v. | ) ) | **PROBATION** |
| IRENE CASTANON, | ) ) | |
| Defendant. | ) ) | |

PURSUANT to an order of this Court the United States hereby submits its status report on the defendant's probation:

**Convicted of:**       **Obstruction of Mail (18 U.S.C. § 1701)**

**Sentence Date:**      June 18, 2015

**Review Hearing Date:**    January 5, 2017

**Probation Expires On:**   December 18, 2017

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒  **Obey all federal, state and local laws**; and

☒  **Monetary Fines & Penalties in Total Amount of:** $1510.00, which Total Amount is made up of a Fine: $ 1500.00; Special Assessment: $ 10.00; Processing Fee: $ $0 Restitution  -0-

☒  **Community Service Hours Imposed: 60**.

☐  **Other Conditions**

*COMPLIANCE:*

☒  Defendant has complied with and completed all conditions of probation described above.

**Otherwise**

☒  Defendant has not been arrested, cited, or charged with any federal, state, or local criminal offenses since being placed on probation by this Court.

☒  As of May 2016, defendant had paid a total of $600 toward her fine. The government is unable to verify payment after that date.

☒  To date, the defendant has completed well over the 60 required hours of community service.

Respectfully Submitted,
December 23, 2016


      Government Attorney: */s/ Michael G. Tierney*


# O R D E R

The Court having considered the defendant's request,

IT IS HEREBY ORDERED that the case is hereby continued to June 1, 2017 at 10:00 am for a probation review hearing. Defendant is ordered to appear at that time and is ordered to submit to the government a "Status Report on Unsupervised Probation" on or before May 18, 2017. The government shall file the completed report at least one week before the June 1, 2017 hearing.

IT IS SO ORDERED.

Dated:   **December 23, 2016**

                              UNITED STATES MAGISTRATE JUDGE