# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:15-cr-0093 |
| Plaintiff, | **STATUS REPORT ON UNSUPERVISED PROBATION** |
| v. | |
| IRENE CASTANON, | |
| Defendant. | |

PURSUANT to an order of this Court the United States hereby submits its status report on the defendant's probation:

**Convicted of:**         **Obstruction of Mail (18 U.S.C. § 1701)**

**Sentence Date:**         June 18, 2015

**Review Hearing Date:**         January 5, 2017

**Probation Expires On:**         December 18, 2017

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒    **Obey all federal, state and local laws**; and

☒    **Monetary Fines & Penalties in Total Amount of:** $1510.00, which Total Amount is made up of a Fine: $ 1500.00; Special Assessment: $ 10.00; Processing Fee: $ $0 Restitution  -0-

☒    **Community Service Hours Imposed: 60**.

☐    **Other Conditions**

## *COMPLIANCE:*

☒    Defendant has complied with and completed all conditions of probation described above.

       **Otherwise**

☒    Defendant has not been arrested, cited, or charged with any federal, state, or local criminal offenses since being placed on probation by this Court.

☒    As of May 2016, defendant had paid a total of $600 toward her fine. The government remains unable to verify payment after that date.

☒    To date, the defendant has completed well over the 60 required hours of community service.

Respectfully Submitted,
May 31, 2017

Government Attorney: */s/ Michael G. Tierney*

**O R D E R**

The Court having considered the defendant's request,

IT IS HEREBY ORDERED that the Defendant's request is:

X     GRANTED. The Court orders that the probation review hearing is continued to October 19, 2017. Defendant is ordered to file her status report <u>one week prior to the hearing</u>. If the report is not filed timely, then no appearances will be waived. Defendant is ordered to appear on October 19, 2017 at 10:00 a.m. in Courtroom 9.

☐     DENIED.

IT IS SO ORDERED.

Dated: **May 31, 2017**

UNITED STATES MAGISTRATE JUDGE